```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

IN RE: JOHN TRAVION MCCULLOUGH,    {   CHAPTER 13
                                   {
                                   {
    DEBTOR(S)                      {   CASE NO. A18-64235-PWB
                                   {
                                   {   JUDGE BONAPFEL

**OBJECTION TO CONFIRMATION**

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (73 months).

3. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

4. Though the proposed Chapter 13 plan includes text in Section 4.4, the appropriate box has not been checked for that section, possibly rendering the proposed provision ineffective.

5. The Chapter 13 budget fails to provide for the monthly expense of post-petition income tax liability on self-employment income of $2,000.00 per month, and tax escrow slips have not been submitted; thereby, indicating that the proposed budget and Plan are infeasible, 11 U.S.C. Section 1325(a)(6).

6. Pursuant to information received from the Internal Revenue Service, 2013, 2014, 2015, 2016 and 2017 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 10, 2018

```
                              _____/s/_____
                              K. Edward Safir, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 622149
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

A18-64235-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

JOHN TRAVION MCCULLOUGH
2318 LOCUST LANE, SE
ATLANTA, GA 30315

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 10th day of October 2018


          /s/
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com